IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| ESTEFANY MARTINEZ, | * | |
| Plaintiff, | * | |
| v. | * | |
|  | * | Civil No. 22-00502-BAH |
| AMAZON.COM SERVICES LLC, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 18th day of November 2024, ORDERED that:

1) Plaintiff's motion for class certification, ECF 44, is **GRANTED**.

2) To facilitate notice to the class, Defendant shall produce a list of class members including their names and last known addresses to Plaintiffs' counsel within 15 business days of the date of this Order. Plaintiffs' counsel is authorized to mail the amended notice to the class members within 25 business days of the date of this Order. The notice shall include a date 65 business days after the date of this Order to allow putative class members to opt out of the class.

3) The Court **CERTIFIES** the following question to the Supreme Court of Maryland:

- Does the doctrine of *de minimis non curat lex*, as described in *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680 (1946) and *Sandifer v. U.S. Steel Corp.*, 571 U.S. 220 (2014), apply to claims brought under the Maryland Wage Payment and Collection Law and the Maryland Wage and Hour Law?

Dated: November 18, 2024                    /s/
                                            Brendan A. Hurson
                                            United States District Judge